# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

## ***

DANIEL L. NEUMAN,

            Plaintiff,

vs.

EQUIFAX INFORMATION,

            Defendant.

2:19-cv-01299-JAD-VCF

**ORDER**

In light of Defendant's withdrawal of the Motion to Remove Attorneys from Electronic Service List (ECF No. 9),

IT IS HEREBY ORDERED that the hearing on the Motion to Remove Attorneys from Electronic Service List (ECF No. 7) scheduled for 10:00 AM, October 25, 2019, is VACATED.

IT IS FURTHER ORDERED that the parties must file a proposed stipulation and order for dismissal on or before November 18, 2019.

IT IS FURTHER ORDERED that a status hearing is scheduled for 10:30 AM, November 25, 2019, in Courtroom 3D.

DATED this 18th day of October, 2019.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE