**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| DANIEL L. NEUMAN, | 2:19-cv-01299-JAD-VCF |
| Plaintiff, | **<u>ORDER</u>** |
| vs. | |
| EQUIFAX INFORMATION, | |
| Defendant. | |

Before the court is *Daniel L. Neuman v. Equifax Information*, case number 2:19-cv-01299-JAD-VCF.

Accordingly,

IT IS HEREBY ORDERED that the status hearing scheduled for 10:30 AM, November 25, 2019, is VACATED, and rescheduled to 10:30 AM, February 10, 2020, in Courtroom 3D.

DATED this 22nd day of November, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE